People v Aviles (2024 NY Slip Op 00149)

People v Aviles

2024 NY Slip Op 00149

Decided on January 11, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 11, 2024

Before: Kern, J.P., Oing, Singh, Kapnick, O'Neill Levy, JJ. 

Ind. No. 99001/18 Appeal No. 1380 Case No. 2018-03253 

[*1]The People of the State of New York, Respondent,
v
Nelson Aviles, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Ashley A. Baxter of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Kalani A. Browne of counsel), for respondent.

Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), entered on or about March 9, 2018, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion in declining to grant a downward departure (see People v Gillotti, 23 NY3d 841, 861 [2014]). The egregiousness of the underlying offense, and defendant's prior similar conduct against other victims, indicate that a high degree of harm would result if defendant were to reoffend (see People v Gajadhar, 103 AD3d 572, 572 [1st Dept 2013], lv denied 21 NY3d 856 [2013]). Defendant has not demonstrated that the mitigating factors he cites, including his age
and longtime stability, warranted a downward departure.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 11, 2024